| | |
|---|---|
| 1 | BUCHALTER NEMER |
| | A Professional Corporation |
| 2 | DENISE H. FIELD (SBN: 111532) |
| | MIA S. BLACKLER (SBN: 188112) |
| 3 | 333 Market Street, 25th Floor |
| | San Francisco, CA 94105-2126 |
| 4 | Telephone: (415) 227-0900 |
| | Facsimile: (415) 227-0770 |
| 5 | Email: mblackler@buchalter.com |
| 6 | Attorneys for Defendants |
| | FREMONT REORGANIZING CORPORATION |
| 7 | fka FREMONT INVESTMENT & LOAN and |
| | FREMONT GENERAL CREDIT CORPORATION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| SANDRA NIEBUHR, | Case No. |
|---|---|
| Plaintiff, | [~~Proposed~~] ORDER TO DISMISS ACTION |
| vs. | (FRCP 41) |
| FREMONT INVESTMENT & LOAN, FREMONT GENERAL CREDIT CORPORATION, FREMONT REORGANIZING CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SERVICE (MERS) and DOES I-X, | |
| Defendants. | |

BN 3818338v1

|    |                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|----|---|
| 1  | This matter comes before the Court pursuant to Federal Rule of Civil |
| 2  | Procedure 41(1)(a)(ii) on the request of Plaintiff to voluntarily dismiss this |
| 3  | litigation without prejudice.  After consideration of the Joint Stipulation submitted |
| 4  | by Plaintiff and Defendants Fremont Reorganizing Corporation fka Fremont |
| 5  | Investment & Loan and Fremont General Credit Corporation in support of the |
| 6  | request and the contents of the record in this action, the Court hereby dismisses this |
| 7  | litigation without prejudice. |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: June 25, 2009

By: _____
THE HONORABLE EDWARD M.
Judge, United States District Court
Northern District of California



IT IS SO ORDERED
Judge Edward M. Chen